IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STACY BLOOD,                                Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,[1]<br>Commissioner of Social Security,<br><br>                                Defendant. | CIVIL ACTION NO. 1:19-cv-174<br><br>JUDGE DONETTA W. AMBROSE<br><br>*(Electronic Filing)* |

## JUDGMENT ORDER

AND NOW, this 27th day of November, 2019, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

*Donetta F. Ambrose*
_____
UNITED STATES DISTRICT JUDGE

---

[1] Andrew M. Saul is now the Commissioner of the Social Security Administration and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also § 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of the Social Security Administration).